IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE MUNICIPALITY OF SAN JUAN;
HONORABLE CARMEN YULIN
CRUZ-SOTO, in her official capacity as
Mayor of San Juan

Plaintiffs

vs

THE CENTER FOR DISEASE
CONTROL AND PREVENTION
("CDC"); TOM FRIEDEN, in his official
capacity as Director of the CDC;
COMMONWEALTH OF PUERTO
RICO; GOVERNOR OF PUERTO
RICO, HONORABLE ALEJANDRO
GARCIA-PADILLA; SECRETARY OF
THE DEPARTMENT OF
AGRICULTURE, HONORABLE
MYRNA COMAS; HEALTH
DEPARTMENT SECRETARY,
HONORABLE ANA
RIUS-ARMENDARIZ;
CORPORATION A,B,C; JOHN DOE;
JANE DOE

Defendants

CIVIL 16-2382CCC

## JUDGMENT

Having considered the Notice of Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by plaintiffs on September 19, 2016 (**d.e. 13**), which is NOTED, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, without prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 26, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge